MICHAEL COSENTINO, SBN 83253
Attorney at Law
P.O. Box 129
Alameda, CA 94501

Telephone: (510) 523-4702
Facsimile: (510) 747-1640

Attorney for the Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. **C 11-2986 EMC** |
| Plaintiff, | **STIPULATION FOR ORDER DISMISSING ACTION AND ORDER THEREON** |
| v. | |
| RALPH W. MANNING, | |
| Defendant. | |

IT IS HEREBY **STIPULATED** by and between the above entitled plaintiff, United States of America, through its attorney of record, and defendant, Ralph W. Manning, that this matter be dismissed with prejudice.

Dated: 7-24-12

MICHAEL COSENTINO, Counsel for the United States

Dated: 7/23/12

RALPH W. MANNING, Defendant pro se

The above stipulation of the parties having been considered, the matter having been submitted and good cause therefor,

THE COURT **ORDERS** THAT the above entitled matter be, and hereby is, dismissed with prejudice.

Dated: 7/25/12

Edward M. Chen, Judge, United States District Court

IT IS SO ORDERED