MICHAEL COSENTINO, SBN 83253
Attorney at Law
P.O. Box 129
Alameda, CA 94501

Telephone:  (510) 523-4702
Facsimile:    (510) 747-1640

Attorney for the Plaintiff
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>RALPH W. MANNING,<br><br>          Defendant. | Case No. **C 11-2986 EMC**<br><br>**STIPULATION FOR ORDER DISMISSING ACTION AND ORDER THEREON** |

IT IS HEREBY **STIPULATED** by and between the above entitled plaintiff, United States of America, through its attorney of record, and defendant, Ralph W. Manning, that this matter be dismissed with prejudice.

Dated: 7-24-12

MICHAEL COSENTINO, Counsel for the United States

Dated: 7/23/12

RALPH W. MANNING, Defendant pro se

The above stipulation of the parties having been considered, the matter having been submitted and good cause therefor,

THE COURT **ORDERS** THAT the above entitled matter be, and hereby is, dismissed with prejudice.

Dated: 7/25/12

Edward M. Chen, Judge, United States District Court

IT IS SO ORDERED